Eugene P. Ramirez (State Bar No. 134865)
  *epr@manningllp.com*
Angela M. Powell (State Bar No. 191876)
  *amp@manningllp.com*
**MANNING & KASS**
**ELLROD, RAMIREZ, TRESTER LLP**
801 S. Figueroa St, 15th Floor
Los Angeles, California 90017-3012
Telephone: (213) 624-6900
Facsimile: (213) 624-6999

Attorneys for Defendant, COUNTY OF RIVERSIDE

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN CARLOS RODRIGUEZ AYALA, an individual; MONICA RESVALOSO, in both her individual capacity and as guardian ad litem for A.M. RODRIGUEZ-RESVALOSO, a minor; J.C. RODRIGUEZ-RESVALOSO, a minor; J.C. RODRIGUEZ-RESVALOSO, a minor; J.P. RODRIGUEZ-RESVALOSO, a minor; J.T. RODRIGUEZ-RESVALOSO, a minor,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF RIVERSIDE; a municipal corporation; RIVERSIDE COUNTY SHERIFF'S DEPARTMENT; and DOES 1 through 50, Inclusive,<br><br>Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF ACTION BY DEFENDANTS, PURSUANT TO 28 U.S.C. §1441(b); DECLARATION OF ANGELA M. POWELL; AND EXHIBITS**<br><br>(Federal Question) |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that defendant, COUNTY OF RIVERSIDE, hereby removes, to this Court, the state court action described below:

1

1. On March 11, 2016, an action was commenced in the Superior Court in the State of California, in and for the County of Riverside, entitled *Juan Carlos Rodriguez Ayala, an individual; Monica Resvaloso, in both her individual capacity and as guardian ad litem for A.M. Rodriguez-Resvaloso, a minor; J.C. Rodriguez-Resvaloso, a minor; J.C. Rodriguez-Resvaloso, a minor; J.P. Rodriguez-Resvaloso, a minor; J.T. Rodriguez-Resvaloso, a minor v. County of Riverside; a municipal corporation*; *Riverside County Sheriff's Department;* and Does 1 through 50, Inclusive, Riverside Superior Court, Case No. PSC1601183.

2. The first date of which defendant, County of Riverside received a copy of the Complaint was March 30, 2016, when served with a copy of the Summons and Complaint from the plaintiff. The Complaint alleges a civil rights violation and contains a cause of action brought by the plaintiff, pursuant to 42 U.S.C. §1983. Thus, the *County of Riverside* has removed the case within the thirty day period of time. A copy of the Summons and Complaint is attached hereto as Exhibit "A." Defendants filed its Answer to the Complaint and Demand for Jury Trial on April 8, 2016. A copy of Defendants' Answer to the Complaint and Demand for Jury is attached hereto as Exhibit "B".

3. This action is a civil action to which this Court has original jurisdiction under 28 U.S.C. § 1331, and it is one which may be removed to this court by defendants, pursuant to the provisions of 28 U.S.C. § 1441(b), in that it arises under 42 U.S.C. § 1983.

///
///
///
///

1    4.   Defendant County of Riverside, respectfully requests the above-entitled action, now pending in the Superior Court of the State of California, in and for the County of Riverside, be removed to this court.

DATED: April 12, 2016

**MANNING & KASS
ELLROD, RAMIREZ, TRESTER LLP**

By:   */s/Angela M. Powell*
Eugene P. Ramirez
Angela M. Powell
Attorneys for Defendant, COUNTY OF RIVERSIDE