UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **EDCV 16-686-DOC (KKx)** | Date | June 19, 2017 |
| Title | *Juan Carlos Rodriguez Ayala, et al. v. County of Riverside, et al.* | | |

Present: The Honorable   KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:   Order Compelling Production of Certain Personnel Records**

On April 13, 2017, Plaintiffs Juan Carlos Rodriguez Ayala, Monica Resvaloso, A. M. Rodriguez-Resvaloso, J. C. Rodriguez-Resvaloso, J. P. Rodriguez-Resvaloso, and J. T. Rodriguez Resvaloso ("Plaintiffs") filed a Motion to Compel ("Motion") personnel evaluations for the five individual defendants, Sergeant Paul Heredia, Deputy Miguel Ramos, Sergeant Jessica Vanderhoof, Investigator Nelson Gomez, and Deputy Melissa Rodriguez (the "Deputy Defendants"). ECF Docket No. ("dkt.") 51. On April 28, 2017, the Court granted in part Plaintiffs' Motion to compel personnel evaluations from September 26, 2010 through the present, but only after an *in camera* review by the Court to determine relevance and balance privacy concerns. Dkt. 55.

On May 5, 2017, Defendants lodged the personnel evaluations with the Court for *in camera* review. Dkt. 56. On May 18, 2017, the Court issued an order limiting the required production and allowing certain redactions. Dkt. 57. The Court ordered Defendants to lodge a copy of the proposed redacted documents with the Court for *in camera* review. Id. On May 26, 2017, Defendants lodged the proposed redacted production. Dkt. 60.

After reviewing the proposed redactions and the Court's May 18, 2017 Order, the Court ORDERS AS FOLLOWS:

(1) Defendants shall include in the production Investigator Gomez's personnel evaluation for Rating Period 8/1/2015 to 8/1/2016, COR003625-3635.

(2) Defendants shall unredact the paragraph beginning "On June 1, 2013" on page COR003619.

(3) Defendants shall remove page COR003670.

(4) **Within seven (7) days of the date of this Order,** Defendants shall produce to Plaintiffs the documents that were lodged with the Court on May 26, 2017 with the revisions set forth above subject to the Protective Order, dkt. 37.

**IT IS SO ORDERED.**